Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ISSAQUAH SCHOOL DISTRICT,<br><br>Plaintiff,<br><br>v.<br><br>K.R. AND P.W. ON BEHALF OF THEIR MINOR CHILD, P.W.,<br><br>Defendants. | No. 2:25-cv-01933-JNW<br><br>ORDER GRANTING STIPULATED MOTION FOR RELIEF FROM INITIAL CASE SCHEDULING DEADLINES AND TO SET A BRIEFING SCHEDULE |

This matter comes before the Court on Plaintiff Issaquah School District's (the "District's") and K.R. and P.W., on behalf of their minor child, P.W.'s ("Defendants'") Stipulated Motion for Relief from Initial Case Scheduling Deadlines and to Set a Briefing Schedule ("Stipulated Motion").

The parties' Stipulated Motion is **GRANTED**. The parties are relieved from the initial case scheduling deadlines set forth in the Court's Order dated November 21, 2025 (Dkt. #9).

The Court further **ORDERS** that the briefing schedule for resolution of the District's appeal be as follows:

- The District's Opening Motion: due January 23, 2026, not to exceed 40 pages;

ORDER GRANTING STIPULATED MOTION FOR RELIEF FROM INITIAL CASE SCHEDULING DEADLINES AND SETTING A BRIEFING SCHEDULE - 1
No. 2:25-cv-01933-JNW

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

- Defendants' Opposition and Cross-Motion: due March 24, 2026, not to exceed 40 pages;
- The District's Opposition and Reply: due April 23, 2026, not to exceed 20 pages; and
- Defendants' Reply: due May 22, 2026, not to exceed 20 pages.

The issue of Defendants' entitlement to attorneys' fees, if any, is reserved following a decision on the merits of the District's appeal.

DATED this 8th day of December, 2025.

_____
Honorable Jamal N. Whitehead

Presented by:

PACIFICA LAW GROUP LLP

By *s/ Sarah Johnson*
    Carlos A. Chavez, WSBA # 34076
    Sarah C. Johnson, WSBA # 34529
*Attorneys for Plaintiff*

CEDAR LAW PLLC

By: *s/ Elicia Johnson*
    Anna Moritz, WSBA # 49157
    Elicia Johnson, WSBA # 50969
*Attorneys for Defendants*

ORDER GRANTING STIPULATED MOTION FOR RELIEF FROM INITIAL CASE SCHEDULING DEADLINES AND SETTING A BRIEFING SCHEDULE - 2
No. 2:25-cv-01933-JNW

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750