1

2

Honorable Jamal N. Whitehead

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9

10   ISSAQUAH SCHOOL DISTRICT,                    No. 2:25-cv-01933-JNW

11                                    Plaintiff,   ORDER GRANTING STIPULATED
                                                  MOTION TO FILE UNREDACTED
12        v.                                      ADMINISTRATIVE RECORD UNDER
                                                  SEAL
13   K.R. AND P.W. ON BEHALF OF THEIR
14   MINOR CHILD, P.W.,

15                                    Defendant.

16

17          This matter comes before the Court on the parties' stipulated motion to file the

18   administrative record under seal.  The Court starts from the position that there is "a strong

19   presumption in favor of access to court records." *Foltz v. State Farm Mut. Auto. Ins. Co*., 331

20   F.3d 1122, 1135 (9th Cir. 2003).  To overcome this presumption, there must be a "compelling

21   reason" for sealing that is "sufficient to outweigh the public's interest in disclosure." *Kamakana*

22   *v. City & Cnty of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006).  Compelling reasons exist in

23   this case.  The parties' interests in keeping the information in the record confidential to protect

24   the minor student at issue outweighs the public's interest in disclosure of these confidential

25   records.  *See id*.  Given the volume of the record and the prevalence of sensitive information

26   contained in the record, redacting this confidential information would be overly burdensome and

27   ORDER GRANTING STIPULATED MOTION TO
FILE UNREDACTED ADMINISTRATIVE
RECORD UNDER SEAL - 1
No. 2:25-cv-01933-JNW

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON  98101-2668
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

1    would render the record difficult to understand – and thus far less valuable – to the public and the

2    Court.

3          Accordingly, the Court GRANTS the parties' stipulated motion and DIRECTS the Clerk

4    to maintain the administrative record under seal once it is filed.

5

6          DATED this 15th day December, 2025.

7

8    _____
      Honorable Jamal N. Whitehead

9

10   Presented by:

11   PACIFICA LAW GROUP LLP          CEDAR LAW PLLC

12

13   By: *s/ Sarah Johnson*          By: *s/ Elicia Johnson*
    Carlos A. Chavez, WSBA # 34076          Anna Moritz, WSBA # 49157

14       Sarah C. Johnson, WSBA # 34529          Elicia Johnson, WSBA # 50969
*Attorneys for Plaintiff*          *Attorneys for Defendants*

15

16

17

18

19

20

21

22

23

24

25

26

27   ORDER GRANTING STIPULATED MOTION TO
FILE UNREDACTED ADMINISTRATIVE
RECORD UNDER SEAL - 2
No. 2:25-cv-01933-JNW

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON  98101-2668
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750