Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ISSAQUAH SCHOOL DISTRICT,<br><br>                      Plaintiff,<br><br>v.<br><br>K.R. AND P.W. ON BEHALF OF THEIR MINOR CHILD, P.W.,<br><br>                      Defendant. | No. 2:25-cv-01933-JNW<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND BRIEFING DEADLINES |

This matter comes before the Court on the parties' Stipulated Motion to Extend Briefing Deadlines ("Stipulated Motion").

The Stipulated Motion is GRANTED. The Court amends the previously ordered briefing schedule as follows:

- The District's Opening Brief: due February 13, 2026, not to exceed 40 pages;
- The Defendants' Opposition and Cross-Motion: due April 14, 2026, not to exceed 40 pages;
- District's Opposition and Reply: due May 14, 2026, not to exceed 20 pages; and
- The Defendants' Reply: due June 12, 2026, not to exceed 20 pages.

All other provisions of the Court's prior orders remain in effect.

ORDER GRANTING STIPULATED
MOTION TO EXTEND
BRIEING DEADLINES - 1
No. 2:25-cv-01933-JNW

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON  98101-2668
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

1  DATED this 15th day of January, 2026.

_____
Honorable Jamal N. Whitehead

Presented by:

PACIFICA LAW GROUP LLP                    CEDAR LAW PLLC

By: */s/ Sarah C. Johnson*                By: */s/ Elicia Johnson*
    Carlos A. Chavez, WSBA #34076             Anna Moritz, WSBA #49157
    Sarah C. Johnson, WSBA #34529             Elicia Johnson, WSBA #50969
*Attorneys for Plaintiff*                 *Attorneys for Defendants*

ORDER GRANTING STIPULATED
MOTION TO EXTEND
BRIEING DEADLINES - 2
No. 2:25-cv-01933-JNW

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750